**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**GLENDA WARD, as Personal**
**Representative of the Estate of**
**SSG ROBERT WARD, Deceased,**

    **Plaintiff(s),**

**v.**                                              **CASE NO:  8:03-cv-1388-T-30MAP**

**BOMBARDIER, INC., et al.,**

    **Defendants.**
_____/

**ORDER OF DISMISSAL**

Notices of Settlement (Dkts. #186 and #187) were filed in consolidated case number 8:03-cv-539-T-30MSS regarding the above-styled case.  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1)    This case is dismissed.

2)    All pending motions are denied as moot.

3)    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 3, 2005.

                                                            JAMES S. MOODY, JR.
                                                             UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*S:\Odd\2003\BOMBARDIER\03-cv-1388.dismissal.wpd*